UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA

          Plaintiff,          Case No. 2:15-cr-10

v.          HON. ROBERT HOLMES BELL

JACOB CHARLES MAKI

          Defendant.
_____/

## ORDER REGARDING DETENTION

On June 22, 2015 defendant appeared before this Court and entered a plea of guilty to Count 1 of the indictment in this case.

Pursuant to the record, defendant shall self surrender to the United States Marshal for this district <u>on or before noon on July 31, 2015</u>, and shall remain in custody pending sentencing in this matter

IT IS ORDERED

Dated: 6/22/2015                      /s/ Timothy P. Greeley
                                           TIMOTHY P. GREELEY
                                           U.S. MAGISTRATE JUDGE